

Regions Plaza
Suite 2300
1180 W. Peachtree Street NW
Atlanta, GA  30309-3482

May 19, 2016

**<u>BY E-FILE ONLY</u>**

Vicki Hanna, Courtroom Deputy
Honorable Orinda D. Evans
U. S. District Court
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA  30303

  Re: <u>Jonathan Swartz, et al. v. A.N. Webber Logistics, Inc., et al.</u>
    U.S. District Court, Northern District of Georgia, Atlanta Division
    Civil Action File No. 1:15-cv-2015

Dear Judge Evans:

 Pursuant to Local Rule 83.1E(3), as lead counsel in the above-referenced cases, I am requesting that this case not be calendared during the following dates:

- June 20-22, 2016;

- June 29-July 1, 2016;

- July 8-14, 2016;

- July 14-15, 2016;

- September 7-9, 2016;

- September 16, 2016;

- September 19, 2016;

- October 28, 2016;

- October 31, 2016;



Vicki Hanna, Courtroom Deputy
Honorable Orinda D. Evans
Page 2

- November 23-25, 2016;

- November 28, 2016;

- December 23, 2016; and

- December 26, 2016.

The purposes of these leave periods are for in and out-of-state business and personal/family events. I appreciate your assistance with this matter. All counsel is contemporaneously being provided with a copy of this notice and notified of their opportunity to file written objections within ten (10) days.

Please do not hesitate to contact me if you have any questions or need additional information about this request. Otherwise, please return to me in the enclosed, stamped, self-addressed envelope a conformed copy of your approval of the leave of absence requested. Thank you for your attention to this matter.

        Sincerely,

        SMITH MOORE LEATHERWOOD LLP

        *Matthew P. Stone*

        Matthew P. Stone

MPS/cpv

ATLANTA 1496129